Third Appellate Department, January, 1899. Reported. 37 App. Div. 626.

In the Matter of the Separate Applications of CHARLES M. DEGRAFF and Others, for a Writ of Certiorari to Review the Action of GEORGE L. CLEMONS, as County Treasurer of Washington County, in Refusing to Issue a Liquor Tax Certificate.

APPEAL from an order directing appellant to issue liquor tax certificate to above-named applicants.

*Nussbaum & Coughlin,* for appellant.

See brief filed in Matter of McGrievey *v.* Grippin, 37 App. Div. 66.

*R. O. Bascom,* for respondent.

The order was properly granted; the population of an incorporated village or city is to be determined solely by the last State or Federal census. (*Lyman* v. *McGrievey,* 25 App. Div. 68.)

The population not being shown by such census, the tax is $100. (Liquor Tax Law, § 11, subd. 1; *People ex rel. Cramer* v. *Medbery,* 17 Misc. 8.)

Order affirmed, with ten dollars costs and disbursements.

---

Third Appellate Department, January, 1899. Reported. 37 App. Div. 626.

In the Matter of the Separate Applications of WILLIAM F. MATHEWS and Others, for a Writ of Certiorari to Review the Action of GEORGE L. CLEMONS, as County Treasurer of Washington County, in Refusing to Issue a Liquor Tax Certificate.

*Nussbaum & Coughlin,* for appellant.

See brief filed in Matter of McGrievey *v.* Grippin, 37 App. Div. 66.

*A. V. Pratt,* for respondent.

See brief filed for respondent in Matter of McGrievey.

Order affirmed, with ten dollars costs and disbursements.